# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| GREAT LAKES REINSURANCE (UK) PLC,<br><br>              Plaintiff,<br><br>    vs.<br><br>GERARD DION,<br><br>              Defendant. | CASE NO. 09 CV 1781 JM (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>Doc. No. 6 |
|---|---|

Pending before the court is a joint motion to extend the time for Defendant to file an answer or otherwise respond to the complaint. (Doc. No. 6). Having reviewed the motion, and finding good cause, the court hereby GRANTS the motion for an extension of time. Defendant shall file a responsive pleading no later than October 21, 2009.

**IT IS SO ORDERED.**

DATED: October 7 , 2009

_____
Hon. Jeffrey T. Miller
United States District Judge