# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) PLC,, <br><br> Plaintiff, <br><br> v. <br><br> GERARD H. DION,, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM ACTIONS | Case No.   09-CV-1781-JM-WVG <br><br> **ORDER GRANTING ADDITIONAL TIME FOR THIRD-PARTY DEFENDANT JARVIS INSURANCE AGENCY, INC., TO RESPOND TO THIRD PARTY COMPLAINT** <br><br> Courtroom: <br> Judge:  Jeffrey T. Miller <br> Magistrate Judge:  William V. Gallo <br> Complaint Filed:  August 14, 2009 <br> Trial Date:  None set |

Based on stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the extension of time is granted as follows:

JARVIS INSURANCE AGENCY, INC. will have up to and until December 29, 2009 to answer or otherwise respond to the Third Party Complaint.

DATED: December 10, 2009          By: _____
                                      HONORABLE JEFFREY T. MILLER
                                      UNITED STATES DISTRICT JUDGE

883481v1

- 1 -